UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 18358
    DAVID J SPARKS
                                          CHAPTER 13

                                          JUDGE: A. BENJAMIN GOLDGAR

            Debtor
    SSN XXX-XX-1833

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 10/05/07 and confirmed on 12/07/07.

    2.  The case was converted to Chapter 7 after confirmation, 02/02/2009.

    3.  The Debtor paid a total of $ 36372.00 .

    4.  The Trustee made disbursements to creditors as follows:

--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHASE MANHATTAN MORTGAGE | UNSECURED | 64528.43 | .00 | 13602.46 |
| FORD MOTOR CREDIT CO | SECURED VEHIC | 16751.34 | 994.00 | 10033.38 |
| KANE COUNTY TREASURER | UNSECURED | NOT FILED | .00 | .00 |
| BENEFICIAL | UNSECURED | 13421.62 | .00 | 2829.26 |
| DISCOVER BANK | UNSECURED | 10271.83 | .00 | 2165.28 |
| B REAL LLC | UNSECURED | 6921.85 | .00 | 1459.12 |
| NICOR GAS | UNSECURED | 734.68 | .00 | 154.88 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 2267.28 | .00 | 477.93 |
| ZENITH ACQUISITION CORP | UNSECURED | NOT FILED | .00 | .00 |
| NORTH STAR CAPITAL ACQUI | UNSECURED | 703.00 | .00 | 148.20 |

          Summary of disbursements:
--------------------------------------------------------------------------------

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 16751.34 | .00 | 98848.69 | .00 | 115600.03 |
| PRINCIPAL PAID | 10033.38 | .00 | 20837.13 | .00 | 30870.51 |
| INTEREST PAID | 994.00 | .00 | .00 | .00 | 994.00 |
| TOTAL PAID | 11027.38 | .00 | 20837.13 | .00 | 31864.51 |

The Debtor's attorney, LEEDERS & ASSOC LTD          , was allowed $ 3500.00
and was paid $   1000.00  direct and $   2500.00  through the plan.

The Trustee received $   2007.49 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

Dated: 02/13/09

/S/
GLENN STEARNS
CHAPTER 13 TRUSTEE

PAGE  2
CASE NO. 07 B 18358 DAVID J SPARKS